STATE OF NEW JERSEY v. OFIL F. VEGAS.

June 26, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LAMONT HOLMES.

June 26, 1987.

Petition for certification denied.

WASHINGTON TOWNSHIP ZONING BOARD OF ADJUSTMENT
v. WASHINGTON TOWNSHIP PLANNING BOARD.

June 26, 1987.

Petition for certification denied.   (See 217 *N.J.Super.* 215)

AVALON HOME AND LAND OWNERS ASSOCIATION v. THE
BOROUGH OF AVALON.

June 26, 1987.

Petition for certification granted.